UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Emilio MORALES-Barajas,** )<br>)<br>)<br>Defendant )<br>) | Magistrate Docket No.<br><br>**'08 MJ 2408**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED
08 AUG -4 AM 10: 17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
            DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **August 3, 2008** within the Southern District of California, defendant, **Emilio MORALES-Barajas,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **AUGUST, 2008**

_____
Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

DOA 8/3/08



CONTINUATION OF COMPLAINT:
Emilio MORALES-Barajas

## PROBABLE CAUSE STATEMENT

On August 3, 2008, Border Patrol Agent S. Pair was performing assigned duties at an area known as Whiskey 3 in Imperial Beach Station's area of responsibility. The area is less than one mile west of the San Ysidro, California Port of Entry and adjacent to the United States/Mexico border fence. The Tijuana River channel cuts across the United States/Mexico border fence at "Whiskey 3". A border fence lines the northern levee of the channel, however; the southern side of the levee is not completely fenced, making for easy accessibility to anyone to travel from Mexico to the border fence. In addition, the Las Americas Outlet Mall, one of San Diego's largest outlet malls, is located just north of this area.

At approximately 4:00 AM, Agent Pair received information from another Agent that suspected undocumented aliens had illegally entered the United States by jumping over the US/Mexico border fence. Agent Pair observed the group and followed them northwest across Camino de la Plaza, behind the Kmart shopping center. Agent Pair noticed that the four subjects were following a male later identified as the defendant **Emilio MORALES-Barajas**. Agent Pair clearly distinguished MORALES as the individual leading the group north from the immediate border due to his clothing. At approximately 4:20 AM, Agent Pair caught up to the five suspected undocumented aliens he was following. The five subjects were attempting to conceal themselves behind a grove of trees in an area approximately one mile west of the San Ysidro, California Port of Entry and approximately one half mile north of the United States/Mexico border fence.
Agent Pair approached the five subjects, identified himself as a Border Patrol Agent and questioned each of them as to their citizenship and nationality. All five individuals including the defendant, subject later admitted to being citizens and nationals of Mexico without any immigration documents allowing them to be in or remain in the United States legally. At approximately 4:30 a.m., MORALES and the four other subjects were placed under arrest and transported to the Imperial Beach Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on July 27, 2005** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.